**Order entered January 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00896-CV

### IN RE ASSOCIATED TRUSS COMPANY, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06332-A**

## ORDER
Before Justices Bridges, Brown, and Pedersen

Before the Court is the real parties in interest's January 16, 2019 motion for a stay of the deadline for respondent to comply with this Court's December 20, 2018 opinion and order. Specifically, the real parties in interest ask this Court to stay the trial court's order vacating its June 11, 2018 mistrial order and stay the deadline for the trial court to sign a judgment on the verdict. On January 18, 2019, the trial court signed a final judgment in compliance with our December 20, 2018 opinion and order. Accordingly, we **DENY** the requested relief as moot.

On our own motion, however, we **STAY** the trial court's January 18, 2019 final judgment and **STAY** all post-judgment deadlines and enforcement efforts pending this Court's determination of the real parties in interest's motion for rehearing en banc. This stay shall remain in effect until further order of this Court.

/s/    DAVID L. BRIDGES
       JUSTICE